**Order filed October 6, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00540-CV
_____

**PETER ZHU AND AMERJIN COMPANY, LLC, Appellants**

**V.**

**INNOVATIVE ENERGY SERVICE INC. AND TREY GAITHER, Appellees**

On Appeal from the Chambers County Court
Chambers County, Texas
Trial Court Cause No. 20CCV0058

## O R D E R

Appellants' brief was due September 10, 2020. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 5, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.